## RAPIN v. DEALY.

September 10, 1836.

*Motion to amend sheriff's return and deed.*

Where the sheriff by a clerical mistake returned to his writ of *levari facias* that the purchaser of the property sold under said writ was *John* L. and made and acknowledged his deed accordingly, when the real name of the purchaser was *Joseph* L., the court, on being satisfied of the fact, permitted the return and deed to be amended according to the truth, and directed the sheriff to re-acknowledge the deed.

IN this case the sheriff had sold, under a writ of *levari facias*, the property described in the writ to *Joseph* Livezley, who signed the conditions of sale. By a clerical error in the office of the sheriff, the return to the writ was, that the property was sold to *John* Livezley; and the sheriff's deed was drawn with the name of the latter as the purchaser and grantee, and so acknowledged.

*M'Call*, for Joseph Livezley (after having given notice to all the parties interested), produced the evidence of *John* Livezley and the sheriff as to the mistake, and all parties agreeing to the fact and making no opposition, moved the court that the sheriff should be permitted to amend his return and deed, by inserting the name of *Joseph* instead of *John*.

THE COURT granted the motion, directing the sheriff, after the amendment, to reacknowledge his deed, which was done accordingly.